

BV-0920-Stack_556_001_22B_MF_CROP_H



BV-0920-Stack_563_001_15B_MF_CROP_H



BV-0920-Stack_599_001_14B_MF_CROP_H



BV-0920-Stack_614_001_15B_MF_CROP_H



E2 Large



BV-0920-Stack_667_001_13B_MF_CROP_H



BV-0920-Stack_677_001_26B_MF_CROP_H



BV-0920-Stack_678_001_18B_MF_CROP_H



BV-0920-Stack_682_001_18B_MF_CROP_H



BV-0920-Stack_686_001_30B_MF_CROP_H



BV-0920-Stack_689_001_14B_MF_CROP_H



BV-0920-Stack_692_001_12B_MF_CROP_H



BV-0920-Stack_695_001_9B_MF_CROP_H





V-0920-01_Halloween_0010_15B,Radius7,Smoothing2.dng

Screenshot 2026-05-18 at 8.31.42 AM



Screenshot 2026-05-18 at 8.39.38 AM