**Registration Number**

# VA 2-504-669

**Effective Date of Registration:**
May 21, 2026
**Registration Decision Date:**
May 28, 2026

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   September 21, 2023 to September 26, 2023

## Title

**Title of Group:**   BVLA 2023 Shoot
**Number of Photographs in Group:**   39

## Completion/Publication

**Year of Completion:**   2023
**Earliest Publication Date in Group:**   September 21, 2023
**Latest Publication Date in Group:**   September 26, 2023
**Nation of First Publication:**   United States

## Author

- **Author:**   Timothy Hogan Inc.
  **Author Created:**   photographs
  **Work made for hire:**   Yes
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Timothy Hogan Inc.
1287 MEINERS RD, Ojai, CA, 93023, United States

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Matthew Swanlund |
| **Email:** | matthew@aestheticlegal.com |
| **Telephone:** | (310)301-4545 |
| **Address:** | 400 CORPORATE POINTE |
|  | SUITE 300 |
|  | Culver City, CA 90230-7620 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Matthew Swanlund |
| **Date**: | May 21, 2026 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.