

TIMOTHY HOGAN

# INVOICE

**Timothy Hogan Inc.**
1287 Meiners Rd
Ojai, California 93023
United States
917.751.0358

tim@timothy-hogan.com
www.timothy-hogan.com
13-4142428

---

**Kerry Martin**
BVLA
kerry@bvla.com

**INVOICE No** BV-0920-Final
**Invoice Date:** October 1, 2020
**Art Buyer:** Amy Demas
**Creative Director:** Amy Demas

---

JOB NAME

## BVLA Refresh

JOB DESCRIPTION

**OVERVIEW**
High end Jewelry Images for BVLA piercing jewelry on custom-built sets, featuring bold drop shadows and graphic set treatments. Photographed by Timothy Hogan from home studio in Ojai, California OR CONVYR studio in DTLA (depending on availability)

**SCHEDULE**
Shoot Sept 1st & 2nd
Set build on August 31st
Photo delivery would be 10th or 11th

**DELIVERABLES**
12 final images

USAGE LICENSE

This license is strictly limited to the terms and conditions below, and governed by the Copyright laws of the United States, as specified in Title 17 of the United States Code:
Licensee: BVLA
Licensor: Timothy Hogan Inc.
Date: 2020-09-01
Duration: 2 Years
Exclusivity: Exclusive
Region: The United States
Media: Web, Social, Trade Collateral

INVOICE TERMS

Advance invoice is payable upon receipt before the start of production.

Final Invoice is payable upon receipt. A late charge of 1.5% per month will apply after 30 days. License usage rights are transferred upon full payment of this invoice. Failure to make payments voids any license granted and constitutes copyright infringement. All rights not specifically granted in writing, including copyright, remain the exclusive property of Timothy Hogan Inc.

---

**Fees**

| | | |
|---|---|---|
| Photographers Fee @ 3,000.00 /unit for 2.0 units (Project Fee) | | 6,000.00 |
| Usage Fees @ 1,500.00 (Extra Year Usage) | | 1,500.00 |
| | Fees Total | **7,500.00** |
| **3.1 POST PRODUCTION** | | |
| Retouching / Per Image @ 600.00 (Banner images.) | | 600.00 |
| Retouching / Per Image @ 960.00 (Ear images - Skin Retouching) | | 960.00 |
| | 3.1 POST PRODUCTION Total | **1,560.00** |
| **4.0 STUDIO** | | |
| Studio & Lighting Package @ 1,000.00 | | 1,000.00 |
| | 4.0 STUDIO Total | **1,000.00** |
| **5.0 SUPPORT CREW** | | |
| 1st Assistant @ 1,000.00 | | 1,000.00 |

| | |
|---|---|
| 5.0 SUPPORT CREW Total | **1,000.00** |

**6.4 SET DESIGN EXPENSES**

| | |
|---|---|
| Set Design @ 750.00 (Custom build by Tim, set pieces & materials sourcing) | 750.00 |
| Set Design Materials & Backgrounds @ 250.00 (Foamcore, Printmaking Paper) | 250.00 |
| 6.4 SET DESIGN EXPENSES Total | **1,000.00** |

**Total**

| | |
|---|---|
| Received Tuesday, Sep 22 2020 (Received on 9/22/2020 BVLA website re fresh) | -4,260.00 |
| Advance 1 #TH07312020-01 Received Monday, Aug 10 2020 | -7,800.00 |
| Total Total | **-12,060.00** |

| | |
|---|---|
| Fees Total | 7,500.00 |
| Expenses Total | 4,560.00 |
| Sub Total | 12,060.00 |
| **Total (USD)** | **12,060.00** |
| Payments & Credits | -4,260.00 |
| Advance 1 Received | -7,800.00 |
| **Total Payments Received (USD)** | **12,060.00** |
| **Balance Due In (USD)** | **0.00** |

TERMS AND CONDITIONS

1. Definitions and terms: This Agreement is by and between Timothy Hogan (Licensor) and BVLA (Client), its heirs, successors and representatives. Licensor is an independent contractor. "Image" refers to the visual, in any form, including as digital information, supplied by Licensor to Client. "Service" refers to the photography, related digital or other post- production services Client is commissioning Licensor to perform. "Written consent" includes email correspondence if receipt of the email correspondence is confirmed. All paragraph captions in the Agreement are for reference only.

2. Payment: Client and Client's representatives are jointly and severally responsible for full payment of all fees, charges and advances as set forth in this Agreement.

3. Rights: Licensor is the sole creator and sole copyright owner of the image(s). Except for rights specifically licensed or transferred elsewhere in this Agreement, Licensor reserves all rights in the image(s) without limitation, and including digital or electronic publishing and use rights in any and all media now existing and yet unknown throughout the world.

4. Licenses: Unless otherwise stated in this Agreement, all licenses are non-exclusive and limited to English language use in the United States of America only. The license lasts for one year from the date of Licensor's invoice. The licensed rights are not transferred until and unless a) Client accepts all terms contained in this agreement, and b) Licensor receives full payment for images and services rendered.

5. Release: Licensor does not warrant that he or she has secured any underlying or third party rights in the image unless Licensor submits a separate release signed by a third party model, property owner, trademark owner or any other owner of any underlying right. If no such release is submitted, no release exists for any underlying rights in any image nor are any such rights secured.

6. Reshoots: Unless otherwise specifically negotiated, Client shall pay 100 percent of Licensor's fees, charges and expenses if Client requests that an image be reshot or a service redone unless such a request is the result of an image being lost or rendered unusable prior to delivery, because of a technical error such as defective materials or damage, or equipment or processing malfunction. In the event of such technical error Licensor will reshoot the image or redo the service at no additional fee, if Client advances and pays all charges, and has paid in full all fees and charges for the original image or service.

7. Assignment: Client shall not assign any of its rights or obligations under this agreement without the written consent of the Licensor. Licensor will not consent to such transfer or assignment unless the assignee or transferee agrees in writing to be bound by all terms of this Agreement.

8. Loss or Damage: Client assumes all risk for loss or damage to any image, regardless of format, supplied by Licensor until Client returns the image to the possession and control of Licensor. If a duplicate image is lost, Client and Licensor agree that the reasonable value of each duplicate is $500. If an original image is lost or damaged, regardless of cause, Client and Licensor agree that the reasonable value of each original image is $2500. Client agrees to pay Licensor $2500 for each lost or damaged original image and Licensor agrees to limit his or her claim to $2500 without regard to the actual value of the image. An image will be considered an original if no high reproduction quality duplicate exists or in the case of an image or images captured digitally, if no high-resolution duplicate digital file exists.

9. Return of Images: Client assumes all risk for the image(s) as defined in paragraph eight above. Unless otherwise stated on the front of this Agreement or on a related delivery memo, Client shall return the image(s) in its original form within 30 days after the first publication or use of the image, whichever occurs first. Client warrants that it will not retain any digital scans, or any digital copies of any image after the images are deemed returned, as defined in this paragraph. Client further warrants that it will not change, remove or alter the metadata from the image without Licensor's permission prior to returning the image as defined in this paragraph and that doing so violates the Digital Millennium Copyright Act.

10. Limitation of liability: Client shall indemnify, defend and hold harmless Licensor and Licensor's representatives from any and all claims, liabilities, damages and expenses of any nature, including attorney's fees, investigation costs and court costs arising from or relating to

Client's direct or indirect use of the image, or in connection with Licensor's reliance on any representations, instructions, information or materials provided or approved by Client. Licensor shall not be liable for general, consequential, incidental or special damages arising from this agreement, the service rendered, the images or any acts of omission by Licensor regardless of the circumstances of such omissions.

11. Force majeure. Licensor shall not be in default of this agreement if a delay or failure to perform results from an occurrence beyond his or her reasonable control and without his or her fault or gross negligence.

12. Default: Any action to enforce any term of this agreement or any matter arising out of this agreement shall be brought in the state of Licensor's principal place of business. If Licensor prevails in any action brought to enforce the terms of this Agreement, Licensor will be entitled to recover actual attorney's fees, court costs and all other non-reimbursable litigation expenses, such as expert witness fees and investigation costs.

13. Modification, governing law and miscellaneous: This Agreement constitutes the entire understanding and agreement between Licensor and Client regarding the image or service commissioned by Client. This agreement supersedes any and all prior written or verbal representations and agreements between Client and Licensor. No waiver or modification may be made to this Agreement unless in writing and signed by both Client and Licensor. Waiver of any one provision of this Agreement shall not be a deemed to be a waiver of any other provision of this Agreement. The formation, interpretation and performance of this agreement shall be governed by the laws of the state of Licensor's principal place of business, excluding the conflict of law rules of that state.