
TIMOTHY HOGAN

# INVOICE

**Nick Martin**
BVLA
Nick@bvla.com

**INVOICE No** BV004_2310_INV
**Invoice Date** September 25, 2023

---

JOB NAME

## BVLA_Refresh2023_Extension

JOB DESCRIPTION

**OVERVIEW: BVLA Summer 2023**
- BVLA Still Life Jewelry Shoot @Timothy Hogan Studio OJAI CA
- Approximately 8-10 deliverables over 1 day

**Production Schedule:**
- Shooting begins Mid October

**Stills Retouching:**
- Retouching @$200 per image
- Includes 2 round of markups
- Additional rounds billed at $250/ hour

**Payment terms:**
- 75% advance invoice payment due ahead of first day of shooting
- Final invoice due net 30 upon receipt

**THS PROVIDES:**
- Pre-Production and Coordination
- Photographer
- 1st Assistant / DIT
- Set build and design using same materials and look as original shoot
- Camera, Lens, Lighting, Grip
- Digital Tech Work Station
- Prop Styling Materials
- Retouching
- Final files delivered electronically

**Client PROVIDES:**
- Shot List and creative brief
- Camera ready product
- Approval / Representative available for all approvals either remote or in person (in-person preferred)

**Terms and Conditions:**
- All creative must be locked within 1 week of shoot.
- Client to arrange all product transport

USAGE LICENSE

This license is strictly limited to the terms and conditions below, and governed by the Copyright laws of the United States, as specified in Title 17 of the United States Code:
Licensee: BVLA
Licensor: Timothy Hogan Inc.
Date: 2023-09-01
Duration: 2 Years
Exclusivity: Exclusive
Region: The United States
Media: Web, Social Media Including Paid Advertising, Promotional Poster, Email Marketing

INVOICE TERMS

Advance invoice is payable upon receipt before the start of production.

Final Invoice is payable upon receipt. A late charge of 2% per month will apply after 30 days. License usage rights are transferred upon full payment of this invoice. Failure to make payments voids any license granted and constitutes copyright infringement. All rights not

specifically granted in writing, including copyright, remain the exclusive property of Mapko Inc.

BANK WIRE INFORMATION
PAY TO: TIMOTHY HOGAN INC
CHASE MANHATTAN BANK
SWIFT CODE #: CHASUS33
ROUTING #: 021000021
ACCOUNT #: 852071265

**Fees**

| | |
|---|---|
| Creative + Usage Fees, Package Rate @ 9,000.00 (Includes usage. Approx pace 6 shots / day on custom sets. ) | 9,000.00 |
| Fees Total | **9,000.00** |

**1.1 EQUIPMENT-DIGITAL**

| | |
|---|---|
| Digital Package @ 1,000.00 /day for 1 day | 1,000.00 |
| 1.1 EQUIPMENT-DIGITAL Total | **1,000.00** |

**1.2 EQUIPMENT - GRIP & LIGHTING**

| | |
|---|---|
| Grip & Lighting Package @ 1,000.00 /day for 1 day | 1,000.00 |
| 1.2 EQUIPMENT - GRIP & LIGHTING Total | **1,000.00** |

**2.0 STUDIO**

| | |
|---|---|
| Studio-Shoot Day @ 750.00 /day for 1 day (3 shoot - Ojai Studio) | 750.00 |
| 2.0 STUDIO Total | **750.00** |

**2.2 CRAFT SERVICES**

| | |
|---|---|
| Meals and Crafty @ 200.00 /day for 1 day (Local ordering, includes prep day) | 200.00 |
| 2.2 CRAFT SERVICES Total | **200.00** |

**3.1 CREW - STILLS**

| | |
|---|---|
| Digital Tech / 1st Assist @ 750.00 /day for 2 days (1shoot, 1 post and file prep) | 1,500.00 |
| Mileage @ 150.00 | 150.00 |
| 3.1 CREW - STILLS Total | **1,650.00** |

**3.3 CREW - PROPS AND SETS**

| | |
|---|---|
| Prop Stylist @ 1,200.00 /day for 1 day (1 shoot Day) | 1,200.00 |
| 3.3 CREW - PROPS AND SETS Total | **1,200.00** |

**9.0 POST PRODUCTION-STILLS**

| | |
|---|---|
| 10 Retouching / Per Image @ 200.00 ea. (Final billing TBD final number of shots completed. Includes 2 rounds. Additional rounds billed at $250/hr.) | 2,000.00 |
| 9.0 POST PRODUCTION-STILLS Total | **2,000.00** |

**Total**

| | |
|---|---|
| Advance 1 #BV004_2310_ADV Received Thursday, Sep 21 2023 | -9,240.00 |
| Total Total | **-9,240.00** |

| | |
|---|---|
| Fees Total | 9,000.00 |
| Expenses Total | 7,800.00 |
| Executive Production Fee | 1,680.00 |
| Sub Total | 18,480.00 |
| **Total (USD)** | **18,480.00** |
| Advance 1 Received | -9,240.00 |
| **Total Payments Received (USD)** | **9,240.00** |
| **Balance Due In (USD)** | **9,240.00** |

TERMS AND CONDITIONS
FULL TERMS AND CONDITIONS

1. Application of terms

These terms and conditions will: apply to all Assignments undertaken by Timothy Hogan Inc. for Client and to all Usage Licenses or extended and/or additional Usage Licenses relating to such Assignments; and prevail over any inconsistent terms or conditions contained, or referred to, in Client's purchase order, confirmation of order, acceptance of Estimate, or document supplied by Client, or implied by law, trade custom, practice or course of dealing.

2. Definitions

Timothy Hogan Inc. means the company whose details are set out in the Estimate and invoice(s) for an Assignment. Assignment means a commission by Client of Timothy Hogan Inc. for provision of services at a shoot for the purpose of creating the Material. "Client" is the party commissioning the project via Timothy Hogan Inc. and includes Client's affiliates, assignees,and successors in title. Day means working, (10 hour) day. Estimate means any email or other document electronic or otherwise created by Timothy Hogan Inc. and setting out the Fee and expenses for any Assignment along with information as to Usage means Timothy Hogan Inc. 's fees as set out in the Estimate. Licensed Photographs means a number of images selected from the Material and as specified in the Estimate as licensed for use in accordance. Material means all photographic, videor or other material created by Timothy Hogan Inc. pursuant to an Assignment and includes but is not limited to transparencies, negatives, prints, design, video or any other type of physical or electronic medium. Shoot duration means the number of confirmed days of a shoot whether undertaken consecutively or in separate parts and includes all shoot, travel, preparation or test days. Usage License see clause 3.

3. Estimates

Estimates provided by Timothy Hogan Inc. at Client's request are based upon the information provided by Client in advance of preparing the Estimate. Changes to the requirements for an Assignment before or during a shoot may increase the Fee and expenses. Estimates shall specify the number and characteristics of Licensed Photographs which the Client shall be entitled to use and the durations for which they may be used and these shall be the terms of the Usage License. Client is responsible for checking the Estimate to ensure that it provides for all required usage. Unless in writing the arrangement of a shoot date(s) shall be deemed to be acceptance of the Estimate.

4. Conduct of the Shoot

The shoot will be arranged on date(s) mutually agreed between the parties. During the shoot Photographer will take account of Client's reasonable instructions in respect of the shoot brief. If Client is not present during the shoot then Photographer's / Timothy Hogan Inc.'s interpretation of the brief shall be deemed acceptable to Client.

Client may provide representative(s) ("Client / Agency Representative ") for the project with prior notice to Timothy Hogan Inc.. Client acknowledges and agrees that the Client Representative shall not be an employee or contractor of Timothy Hogan Inc., and any invoices or bills from Client / Agency Representative are the exclusive responsibility of Client.

If the Client / Agency Representative is on set or connected to the shoot via videoconference, Client / Agency Representative shall be solely responsible and accountable for the approval of all final deliverables in style, quality and composition. Photographer and Timothy Hogan Inc. shall not be required to conduct any reshoots or edits once deliverables have been approved by Client / Agency Representative in attendance during the shoot. If Client / Agency Representative is not present or available via video conference during the shoot then Photographer' s / Timothy Hogan Inc.'s interpretation of the brief shall be deemed acceptable to Client.

5. Cancellation of the Shoot

If a confirmed shoot is cancelled or postponed for reasons outside the control of Photographer / Timothy Hogan Inc.(including unsuitable weather/light), Timothy Hogan Inc. reserves the right to charge a cancellation fee at the following rates together with all incurred expenses: Client shall pay 50% of fees and 100% of all out of pocket expenses if the client cancels or postpones a confirmed shoot with more than 5 days notice. Client shall pay 100% of fees and 100% of all out of pocket expenses if client postpones a confirmed shoot with less than 5 days notice

6. Acceptance and Delivery

On completion of the shoot Timothy Hogan Inc. will deliver the Material to Client as soon as reasonably practicable and in the agreed format to enable Client to select the Licensed Photographs. Unless expressly agreed in writing between the parties Client shall not be entitled to reject the Material on the basis of style or composition. If Client rejects Material on any other basis he shall be liable to pay to Timothy Hogan Inc. 100% of the Fee + expenses in respect of the Assignment.

7. Storage of Material

Client shall ensure that he takes appropriate steps to keep safe a high resolution digital copy of all Material for the duration of the Usage License. For the avoidance of doubt stored in CD/DVD archives are not deemed safe storage media. Neither Photographer nor Timothy Hogan Inc. will archive any Material unless by prior written agreement. n Photographer's /Timothy Hogan Inc.request Client shall supply to Photographer fee of charge a high-resolution digital file, PDF format file or good quality hard copy of Photograph(s) in the context in which they are published.

8. Copyright & Usage Licences

Any and all copyright interest in the Material and ownership of all physical materials is retained by Timothy Hogan Inc. at all times throughout the world, including but not limited to any material directed or filmed during the shoot by Client or Client's Representative . Copyright in any photographs or video footage shot or directed by Client or Client / Client Representative shall be automatically assigned by Client / Client Representative to Timothy Hogan Inc., and Client acknowledges and agrees that Client / Client Representative shall not create or retain any copyright ownership in any materials in the name of Client / Client Representative.

Upon payment in full of both the Fee and expenses for an Assignment Photographer grants to Client the right to use the Licensed Photographs on the express terms of the Usage Licenses. No use may be made before payment without the Timothy Hogan Inc. express agreement in writing. Provided that the Client has paid in full all invoices relating to the Assignment the period of use specified in the Usage License commences from the date of first use or 6 months after the shoot date, whichever is sooner (unless otherwise agreed). Usage of the Licensed Photographs is limited to use of such images as provided by Timothy Hogan Inc. and Client shall not manipulate any Licensed Photograph or make use of only part of any individual image without the prior written permission of Timothy Hogan Inc.. Client may only sub-license the rights to use the Licensed Photographs to the disclosed Client as agreed by Timothy Hogan Inc. and strictly on the terms of the Usage License. Client may not use the Licensed Photographs in relation to any additional products not specified in the Usage License. Any license to use the Licensed Photographs shall be automatically revoked if payment in full of both

Fee and expenses for an Assignment is not received by the due date specified in the relevant invoices or if the Client or Agency becomes insolvent or is put into receivership or is subject to any of the matters set out in clause 19 below.

9. Additional/Extended Usage

The Fee is based on the Usage License as specified in the Estimate, any additional or extended use will attract an additional fee which must be agreed by Timothy Hogan Inc. in advance. Any estimates of additional or extended usage license fees provided to Client are valid for a period of one month from the date of the estimate only (unless otherwise notified in writing). Client acknowledges that such estimates do not include provision for any third party rights which are the responsibility of Client pursuant to clause 11 below. Agency shall procure that Client requests any necessary extended or additional usage license(s). Any extended or additional use made without permission shall be treated as a flagrant disregard for Timothy Hogan Inc.'s copyright and shall attract an enhanced fee at the maximum percentage stated in the Association of Photographers re-usage guidelines.

10. Third Party Rights

Engagements of third party suppliers, including models, are subject to such terms and conditions as those parties may impose which shall be available on request. Estimated model fees cover modelling time only and Client shall be responsible for clearing model usage unless otherwise stated on the estimate. Items created specifically for the shoot shall remain the property of their creator unless agreed otherwise. Photographer / Timothy Hogan Inc.shall not be responsible for obtaining any clearances in respect of third party copyright works, trademarks, designs or other intellectual property used in relation to the Assignment or any Usage Licenses or extension thereof unless expressly agreed in writing prior to the shoot.

11. Credits

In respect of all editorial uses and otherwise as additionally stated in the Estimate Client shall ensure that photographer's name is printed on or in reasonable proximity to all published reproductions of the Licensed Photographs.

12. Payments

An expense advance of 75% of total estimate and 100% of all talent fees is required to be posted into our bank account PRIOR to the first shoot day. If advance is not received, PRODUCTION WILL HALT, no exceptions. Unless otherwise agreed in writing and such invoices are due on presentation. Final invoice will be sent upon final delivery of files. All invoices must be paid within 15 days of the date of issue. A 2% charge, per month, will be charged if payment is not received within 30 days. Usage License and any other third party fees negotiated by Photographer are payable regardless of whether Licensed Photographs are in fact used by Client or Client.

13 Expenses

All expense figures provided in advance of a shoot are estimates only and Client should allow a minimum 10% contingency budget in all cases. All estimated costs are stated exclusive of any applicable taxes. . Timothy Hogan Inc.'s will endeavor to work within the agreed cost estimate, but individual costs within the estimate may vary at his/her discretion to enable the most effective pursuance of the brief. Where extra expenses or time are incurred by Timothy Hogan Inc.'s as a result of alterations to the original brief by Client, or otherwise at its request, Client shall pay such expenses and additional fees at Timothy Hogan Inc.'s normal rate.

14. Return of Materials

Within 30 days of expiry of any Usage License the Material must be returned to Photographer in good condition and any digital files stored by Client must be deleted.

15. Indemnity

Client shall indemnify Photographer and Timothy Hogan Inc. and keep them indemnified and their respective officers and employees on a continuing basis against all liabilities, claims, costs, damages and expenses claimed or incurred (including reasonable and direct legal costs) or license fees due by reason of any infringement claim, or alleged infringement, of any intellectual property rights relating to any Client to obtain third party clearances or arising out of use of the Material by Client or Client outside of the Usage License or otherwise as a result of any breach by Client of these terms.

16. Extent of Liability

Photographer & Timothy Hogan Inc. and shall not be liable to Client for any loss of profit, loss of contracts, loss of business or revenues, loss of production or for any indirect, special or consequential loss, damage, cost, expenses or other claims (whether caused by the negligence of Photographer, Timothy Hogan Inc., Photographer's servants or otherwise) which arise out of or in connection with the shoot. Photographer's & Timothy Hogan Inc. aggregate liability for all losses, damages, costs, claims and expenses howsoever or whensoever arising out of or in connection with these Terms shall in any event be limited to the total amount of the agreed fees paid to Photographer in relation to the relevant Assignment. Notwithstanding the above, nothing in these terms excludes or limits the liability of Photographer or Timothy Hogan Inc. for death or personal Agent or Photographer's negligence or that of his/her employees, Timothy Hogan Inc.'s or sub-contractors, for any fraudulent statement or act or for any matter which it would be illegal to exclude. Photographer and disclaim any warranties, conditions and other terms on or relating to the services hereunder or any parts thereof which might otherwise be implied whether by statute, law, custom, course of dealing or including without limitation any warranty, condition, or other terms of merchantability, quality, fitness for purpose or non-infringement to the fullest extent permitted by law. Timothy Hogan Inc. shall not be responsible for omissions of Photographer.

17. Confidentiality

Photographer & Timothy Hogan Inc. will keep confidential and will not disclose to any third parties or make use of material or information

communicated to him/her in confidence for the purposes of the Assignment, reasonably necessary to enable Photographer and/or Timothy Hogan Inc. to carry out his/her obligations in relation to the Assignment. It shall be the sole responsibility of Client to arrange for any third party in the assignment to enter into any confidentiality agreement. Neither photographer nor Timothy Hogan Inc. will be liable for any breach of confidentiality by any third party. Client / Agency Representative will keep confidential and will not disclose to any third parties or make use of material or information communicated to him/her in confidence for the purposes of executing the Assignment by {{personality business name}}, including finances, techniques, materials or any other information, whether proprietary or not.

18. Termination

Either party will be entitled to terminate these Terms immediately by giving written notice to the other if the other party: commits a material breach of these Terms and fails to remedy that breach within 30 receipt of written notice requesting its remedy; or is the subject of a bankruptcy order or becomes insolvent or makes any arrangement or composition with or assignment for the benefit of its creditors or if other party's assets are the subject of any form of seizure, or the other party goes into liquidation either voluntary (otherwise than for reconstruction or amalgamation) or compulsory, or a receiver or appointed over the other party's assets.

19. Effects of Termination

On termination or expiry of these Terms for whatever reasons: Client shall pay all sums due and owing the date of which will be automatically accelerated to the date of termination. The 3.3, 7, 8, 9, 10, 11, 12, 15, 16, 17 and 18 shall survive expiry or termination. Any termination and/or suspension of these Terms shall be without prejudice to any other rights or remedies a party may be hereunder or at law and shall not affect any accrued rights or liabilities of either party.

20. Force Majeure

Neither Photographer or Timothy Hogan Inc. shall be liable for any failure or delay in the performance of any of such party's obligations under these Terms caused by any circumstances beyond such party's reasonable control.

21. COVID-19 Safety Compliance

Client / Client Representative, and any agent, employee or representative of Client (collectively referred to herein as "Client") shall be required to strictly comply with any and all written COVID-19 safety compliance requirements put forth by Timothy Hogan Inc.'s ("Safety Requirements"), as may be amended and updated from time to time. Timothy Hogan Inc.'s may remove any persons including Client or Client Representatives from the set if Client or Client Representatives fails to comply with such Safety Requirements. In the eventTimothy Hogan Inc. isrequired to reschedule, delay or cancel any shoot as a result of Client's failure to comply with such Safety Requirements, Client shall be solely responsible for any increases in costs or fees.

22. General

Waiver: No delay or omission by a party in exercising any right or remedy under these Terms shall operate to impair such right or remedy or be construed as a waiver thereof. Any single or partial exercise of any such right or remedy shall not preclude any further exercise or the exercise of any other right or remedy.

Assignment/Subcontracting: Neither party shall be entitled to assign, transfer, delegate or sub-contract the whole or any part of its rights and obligations under these Terms without the prior written consent of the other party (such consent not to be unreasonably withheld or delayed).

Notices: Any notice under these Terms shall be duly given if: (a) delivered personally; or (b) sent by pre-paid post, in which case it shall be deemed to have been received 48 hours] after posting; or (c) sent by fax, in which case it shall be deemed to have been received when transmitted.

Entire Agreement and Variation: These Terms and the Estimate constitute the entire agreement between the parties with respect to the subject matter.

Severability: If any part of these Terms is found by any court or other competent authority to be invalid, unlawful or unenforceable then such part shall be severed from the Agreement and the remainder shall continue to be valid and enforceable to the fullest extent permitted by law.

Relationship: Nothing in these Terms shall be construed so as to give rise to any agency, joint venture, partnership or relationship of employer and employee.

Third Party Rights: The provisions of these Terms are for the benefit of the parties and are not intended to confer upon any person except the parties any rights or remedies hereunder. No person who is not a party to these Terms shall have any right to enforce any of its terms pursuant to the Contracts (Rights of Third Parties) Act 1999.

Law and Jurisdiction: These Terms are governed by California law, the parties hereby irrevocably submit to the non-exclusive jurisdiction of the California Courts save in respect of the enforcement of debts in which case such jurisdiction shall be non-exclusive.