# BVLA
BODY VISION LOS ANGELES



# WE ARE NOW ACCEPTING NEW ACCOUNTS!

## GET IN TOUCH TO LEARN MORE

CONTACT US



## STAY UPDATED

Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.

email address

☐ I agree to receive the newsletter and other marketing communications.

SIGN UP | NO THANKS

https://www.bvla.com/contact/

Chrome File Edit View History Bookmarks Profiles Tab Window Help

Mon May 18 7:59AM

74653411-bee1-4051-ad05-b9678cf6e87e.pdf – 1 page

DLog M to Rec. 709 LUT User | Inbox (3) - tim@timothy-hoga | Your Board — The Next Thing | Body Vision Los Angeles | What models support D-Log | Dehancer | Ship your order | 74653411-bee1-4051-ad05-

Ask Gemini

bvla.com

Work | Relaunch to update

HOA project works... | Clean and verify cont... | GMAIL | Gdrive | CALENDAR | REMOTE | Your Board — The... | Business Tracker -... | Health | CLICKUP | Art Sales | HoganHomeworks | AI Tools | Creative | Pipelines | Blinkbid | QuickBooks | THS-MasterTaskLi... | Airbnb Mgmt | GA | All Bookmarks

# B V L A
BODY VISION LOS ANGELES

SEARCH | FAVORITES | FIND A PIERCING STUDIO | CAREERS | WHOLESALE LOGIN

COLLECTIONS | GEMSTONES | ABOUT | FUTURE STARS | CONTACT US

# OUR NEW COLLECTION IS LIVE!



## INNOVATIVE DESIGNS - UNIQUE GEM CUTS

DISCOVER MORE

## STAY UPDATED

Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.

email address

☐ I agree to receive the newsletter and other marketing communications.

SIGN UP | NO THANKS

https://www.bvla.com/collections/latest-collection_58/

Exterior_Retrofit_Proposal

DLog M to Rec. 709 LUT User | Inbox (3) - tim@timothy-hog | Your Board — The Next Thing | Body Vision Los Angeles | What models support D-Log | Dehancer | Ship your order | 74653411-bee1-4051-ad05-

bvla.com

HOA project works... | Clean and verify cont... | GMAIL | Gdrive | CALENDAR | REMOTE | Your Board — The... | Business Tracker -... | Health | CLICKUP | Art Sales | HoganHomeworks | AI Tools | Creative | Pipelines | Blinkbid | QuickBooks | THS-MasterTaskLi... | Airbnb Mgmt | GA | All Bookmarks

# BVLA
BODY VISION LOS ANGELES

SEARCH | FAVORITES | FIND A PIERCING STUDIO | CAREERS | WHOLESALE LOGIN

COLLECTIONS | GEMSTONES | ABOUT | FUTURE STARS | CONTACT US




## STAY UPDATED

Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.

email address

☐ I agree to receive the newsletter and other marketing communications.

SIGN UP | NO THANKS

Chrome File Edit View History Bookmarks Profiles Tab Window Help

Mon May 18 7:59AM

74653411-bee1-4051-ad05-b9678cf6e87e.pdf – 1 page

DLog M to Rec. 709 LUT User | Inbox (3) - tim@timothy-hog | Your Board — The Next Thing | Body Vision Los Angeles | What models support D-Log | Dehancer | Ship your order | 74653411-bee1-4051-ad05-

Ask Gemini

bvla.com

Work | Relaunch to update

HOA project works... | Clean and verify cont... | GMAIL | Gdrive | CALENDAR | REMOTE | Your Board — The... | Business Tracker -... | Health | CLICKUP | Art Sales | HoganHomeworks | AI Tools | Creative | Pipelines | Blinkbid | QuickBooks | THS-MasterTaskLi... | Airbnb Mgmt | GA | All Bookmarks

# BVLA
BODY VISION LOS ANGELES

SEARCH | FAVORITES | FIND A PIERCING STUDIO | CAREERS | WHOLESALE LOGIN

COLLECTIONS | GEMSTONES | ABOUT | FUTURE STARS | CONTACT US

# PERFECT GEOMETRY

Ethically handmade in LA



EXPLORE

## STAY UPDATED

Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.

email address

☐ I agree to receive the newsletter and other marketing communications.

SIGN UP | NO THANKS

Chrome File Edit View History Bookmarks Profiles Tab Window Help — Mon May 18 7:59AM

74653411-bee1-4051-ad05-b9678cf6e87e.pdf – 1 page

DLog M to Rec. 709 LUT User | Inbox (3) - tim@timothy-hog | Your Board — The Next Thing | Body Vision Los Angeles | What models support D-Log | Dehancer | Ship your order | 74653411-bee1-4051-ad05- | Ask Gemini

bvla.com — Work — Relaunch to update

HOA project works... | Clean and verify cont... | GMAIL | Gdrive | CALENDAR | REMOTE | Your Board — The... | Business Tracker -... | Health | CLICKUP | Art Sales | HoganHomeworks | AI Tools | Creative | Pipelines | Blinkbid | QuickBooks | THS-MasterTaskLi... | Airbnb Mgmt | GA | All Bookmarks

# BVLA
BODY VISION LOS ANGELES

SEARCH | FAVORITES | FIND A PIERCING STUDIO | CAREERS | WHOLESALE LOGIN

COLLECTIONS | GEMSTONES | ABOUT | FUTURE STARS | CONTACT US

## THE ROSE GOLD STANDARD

Ethically handmade in LA

LATEST COLLECTION



## STAY UPDATED

Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.

email address

☐ I agree to receive the newsletter and other marketing communications.

SIGN UP | NO THANKS

Exterior_Retrofit_Proposal

Google

bvla

AI Mode · All · Short videos · Flights · Finance · Web · Images · More · Tools · Saves

Related Images

Sponsored

| Item | Price | Seller | Shipping |
|---|---|---|---|
| Heart Hoops, YELLOW GOL... | $2,890.00 | milliesavagej... | Free shipping |
| Jae Ko ear cuff/ ring | $7,523.00 | nomis-jewelr... | Free shipping |
| Yayoi K ear cuff/ phalanx... | $1,806.00 | nomis-jewelr... | Free shipping |
| Yayoi K ear cuff/ phalanx... | $1,806.00 | nomis-jewelr... | Free shipping |
| Simon ear cuff/ ring L | $5,296.00 | nomis-jewelr... | Free shipping |
| Spectrum ear cuff/ ring S | $3,074.00 | nomis-jewelr... | Free shipping |
| Spectrum ear cuff/ ring S | $3,082.00 | nomis-jewelr... | Free shipping |
| Whimsy Zero 1 | $2,400.00 | IVAR | Free shipping |
| Spectrum ear cuff/ ring L | $5,140.00 | nomis-jewelr... | Free shipping |
| Spectrum ear cuff/ ring L | $5,140.00 | nomis-jewelr... | Free shipping |
| Whimsy Zero 1 | $2,400.00 | IVAR | Free shipping |
| 14K Gold Moissanite... | $105.00 | MinimalBijoux | |
| gold sterling silver upper... | $34.66 | Etsy | Free shipping |

View all

- www.bvla.com — Body Vision Los Angeles
- www.bvla.com — Body Vision Los Angeles
- www.bvla.com — Body Vision Los Angeles
- www.bvla.com — Body Vision Los Angeles
- 101 Piercing — Gold Body Jewelry | 101 Piercing | BVLA
- 101 Piercing — BVLA In Stock – 101 Piercing
- www.bvla.com — Body Vision Los Angeles
- shop.caterpillarshoessingapores.com — Where To Buy Bvla Jewelry User-friendly ...
- XTAL BODY JEWELRY — XTAL BODY JEWEL...
- Instagram — Body Vision Los Angele...
- www.bvla.com — Body Vision Los Angeles
- Starfire Body Jewelry Company — Buddha Jewelry Organics - @ Sta...
- Salamander Jewelry — Clickers Piercing: What Is It and How ...
- FreshTrends Blog — The Surge of High-End Pi...
- Mauve Montreal — Jewelry Quality - Mauve Montreal Piercing
- www.bvla.com — Body Vision Los Angeles
- crmprodutora.com.br — Bvla jewellery hot sale
- 23rd Street Body Pier... — BVLA - 23rd Street B...
- www.insajo.edu.co — Bvla jewelry store
- www.insajo.edu.co — Bvla jewelry store near me
- www.bvla.com — Body Vision Los Angeles
- 101piercing.com — 101 Piercing | BVLA Exclusive Store
- support.bhojpuriwiki.com — European Elegance Body Jewelry + Future ...
- Reddit — online shops they r...
- Etsy — Buy Bvla Online In I...
- Amazon.ca — limerencia Pure Titanium F136 ...
- Reddit — Okay- so I'm in LOVE with...
- Salamander Jewelry — Why Surgical Steel 316L is the Gold ...
- kladycare.vn — Bvla jewelry top
- sklep.taubenmedik.pl — Best bvla jewelry online...
- Pixagility — 18kt gold body jewelr...
- Starfire Body Jewelry Co... — BVLA Jewelry at Starfir...
- Starfire Body Jewelry Co... — BVLA - Body Vision "Tri...
- Madeingermany — Bvla body jewelry disco...
- Hill & Hill The Jewellers — Shop BVLA Piercing Je...
- www.hotelrosabela.com — Buy bvla jewelry cleara...
- @tobiasxvallone on Tum... — body jewelry ...
- web.clevelandplusli... — Best Body Jewelry ...
- Sara Pierced Me @ Brilliance Bay — Body Vision Los Angeles | Sara Pie...
- 9 carat white gold wedding r... — Bvla jewelry online store
- wap.romana2000.c... — Bvla Piercing Jewel...
- www.misr-alsaudia.com — Bvla Jewelry / Bridge P...
- epicamlv.com — Body Vision La 2025 |...
- Starfire Body Jewelry Co... — BVLA - Body Vision "De...
- 101 Piercing · In stock — Rapture | 101 Piercing |...
- Fiat Lux · In stock — Pillar: BVLA x Fiat Lux
- FreshTrends — Body Piercing Size Guide | Fre...
- Starfire Body Jewelry Co... — BVLA - Body Vision "Ra...
- 8g labret store — Bvla jewelry near me st...
- 8s wrestling shoes new ... — High end piercing jewel...
- www.freshtrends.com — Luxury Gold Piercing Jewelry – Handmade ...
- Pinterest — BVLA Mercury Mist To...
- Starfire Body Jewelry Company — BVLA Jewelry at Starfire: Qualit...
- Reddit — online shops they r...
- eBay · In stock — 14K Solid Gold Triangle ...
- 101 Piercing — Gold Body Jewelry | 101 ...
- Red Art Tattoo & Piercing Studio — BODY JEWELRY
- The ASSEREN Journals — Bvla jewelry for sale new ...
- internationalbodyjewelry.com — International Body Jewelry | Luxury ...
- Diablo Body Jewelry — JessRoseOrientation01.jpg
- Instagram — BVLA Jewelry in stock no...
- ntcompta.com — Bvla daith jewelry top
- 23rd Street Body Piercing ... — BVLA "Ray of Light" sea...
- forums.dostavaforte.com — Body Jewelry Strongsville
- Instagram — Doja Skull, Pablo, Z...
- The ASSEREN Journ... — Free body jewelry n...
- Buddha Jewelry · In stock — Solid 14k Gold Body Pier...
- www.mahaaudit.com — Bvla body jewelry on sale
- Facebook — fine jeweler for body pie...
- Starfire Body Jewelry Co... — BVLA - Body Vision "Dev...
- Mint Piercing · In st... — Captain Padparads...
- Fiorela.com — Best piercing jewelry brands ne...
- fernandfollie.com — Shop bvla store Outlet
- etablissementdenface.com — Infinite Body Jewelry 2025 | www ...
- Diablo Body Jewelry — BVLA 14kt & 18kt Gold & ...
- sebastiennejewelry.com — Luxury Piercing Jewelry | 18k gold ...
- Starfire Body Jewelry Co... — BVLA - Body Vision "Do...
- Etsy — 14K Solid Yellow, Rose, White Gold ...
- Etsy — 14K Solid Yellow, Rose, White Gold Web...
- 101 Piercing · In stock — Odessa | 101 Piercing | ...
- Starfire Body Jewelry Co... — BVLA - Body Vision "Ro...
- The ASSEREN Journ... — Bvla jewelry buy onl...
- 23rd Street Body Piercin... — BVLA "Tokyo" Clicker w...
- — launch our newest ...
- Isha Body Jewellery — BVLA 14ct Gold Charlo...
- Mint Piercing — Daydream with CZ i...
- Isha Body Jewellery — BVLA 14ct Gold Frozen ...
- www.jasfe.com.br — Gold Trusted Body Jewelry Sites Fine ...
- wap.engineer-dad.com — Express Body Jewelry + Forbidden ...
- Starfire Body Jewelry Company — BVLA Jewelry at Starfire: Qualit...
- mangumalumni.com — Bvla For Sale 2025 | ma...
- FreshTrends — Body Piercing Size Guide | Fre...
- Etsy · In stock — 14K Solid Yellow, Rose, White Gold ...
- www.pageformen.com — High End Piercing Jewe...
- Facebook — Hollywood Body Jewelry
- advogar.pt — Buy bvla piercing je...
- Pinterest — BVLA makes the m...
- Mint Piercing — 2mm Genuine Diamond Bezel in 14k Gold ...
- Refinery Rooftop — Bvla piercing online
- www.freshtrends.com — Luxury Gold Piercing Jewelry – Handmade ...

Results are not personalized

Meiners Oaks, California - From your IP address · Update location

Help · Send feedback · Privacy · Terms



instagram.com/bvla
(1) Instagram
BVLA Newest Curves
UESTIONS?
E HAVE ANSWERS
LVADOR LIMAS
D CUSTODIAN
H BVLA SINCE 2016
BVLA
BODY VISION LOS ANGELES
NEW COLLECTION
CHAINS & CHARMS
NEW COLLECTION
HALF MOONS
NEW COLLECTION
CHAINS & CHARMS
NUINE AQUAMARIN
Messages



Chrome File Edit View History Bookmarks Profiles Tab Window Help
Mon May 18 8:02AM
74653411-bee1-4051-ad05-b9678cf6e87e.pdf – 1 page
DLog M to Rec. 709 LU
Inbox (3) - tim@timoth
Your Board — The Next
BVLA Newest Curves
(1) Instagram
Screenshot - GoFullPag
What models support
Dehancer
Ship your order
74653411-bee1-4051-
Ask about this page?
instagram.com/bvla
Work
Relaunch to update
HOA project works...
Clean and verify cont...
GMAIL
Gdrive
CALENDAR
REMOTE
Your Board — The...
Business Tracker -...
Health
CLICKUP
Art Sales
HoganHomeworks
AI Tools
Creative
Pipelines
Blinkbid
QuickBooks
THS-MasterTaskLi...
Airbnb Mgmt
GA
All Bookmarks
OUR TEAM
rture them through
ng programs and
r development with
rtive benefits along
ay.
ployees and our partners
family, and those who
r jewelry are our
ed family.
BVLA
BODY VISION LOS ANGELES
UESTIONS?
HAVE ANSWERS
AY TECHNOLOGY
SETTING THE INDU
BENCHMARK FOR
QUALITY CONTRO
We test and analyze ev
batch of metals we pro
Our commitment to qu
is a guiding principle a
BVLA.
798
15
BVLA
BODY VISION LOS ANGELES
Messages
https://www.instagram.com/bvla/p/C22w9kOvtUR/
Exterior_Retrofit_
Proposal

BVLA
BODY VISION LOS ANGELES






# WE'VE ALWAYS KNOWN OUR METALS ARE WHAT WE SAY THEY ARE.

























## COLLECTIONS


EARS


NOSE


NAVEL


NIPPLE



STAY UPDATED
Subscribe to receive the latest news about BVLA Collections, Retail Partners, Brand News and More.
email address
I agree to receive the newsletter and other marketing communications.
SIGN UP NO THANKS

BVLA
BODY VISION LOS ANGELES

SEARCH | FAVORITES | FIND A PIERCING STUDIO | CAREERS | WHOLESALE LOGIN
COLLECTIONS | GEMSTONES | ABOUT | FUTURE STARS | CONTACT US

# THE ROSE GOLD STANDARD

Ethically handmade in LA

LATEST COLLECTION







ONLY AT BVLA



INSPIRATION

DUE TO PHOTO SHOOT HEALTH RESTRICTIONS.
ALL JEWELRY SHOWN ON MODELS IS SIMULATED FOR THE SAFETY OF ALL.



BVLA LOVES



BEST SELLERS



TRENDING



BODY HIGHLIGHT: NAVEL



TRICKS & TREATS



SPOTLIGHT: DAITH

COLLECTIONS



EARS



NOSE



NAVEL



NIPPLE

Jewelry
Collections
Gemstones
Favorites

Company
About
Future Stars
Careers
Contact
Find a piercing studio

Wholesale Accounts
Login
Sign up to receive news about BVLA
Sign Up

© 2026 BVLA
Accessibility

Ethically Handmade in California USA